UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
FRANK GRAY, JR, et. al.,

                Plaintiffs,

-vs-

CARP CONSTRUCTION, et. al.,

                Defendants.

-------------------------------------------------X
FEUERSTEIN, J.

ORDER
CV-03-4002 (SJF)

It having been reported to the Court that the above-captioned case has been settled, it is ORDERED that the case is discontinued with leave to re-open on ten (10) days notice by either party to the Court should settlement not be consummated. The Clerk of Court is directed to close the case.

SO ORDERED.

s/SJF
_____
Sandra J. Feuerstein
United States District Judge

Dated: Brooklyn, NY
       May 16, 2005